UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62215-RAR

**CARLOS BRITO**,

    Plaintiff,

v.

**FLANIGAN'S ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Extension of Deadlines [ECF No. 19] ("Motion"), filed on November 25, 2020. In the Motion, the parties request that the Court temporarily stay this matter to allow them time to inspect the premises at issue and confer about the possibility of an early settlement. The Court finds that the favorable prospect of settlement of this matter supports granting the parties the necessary time to perform the inspection and finalize an agreement. Accordingly, the Court, having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**