UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARLOS BRITO, Individually,

    Plaintiff,

vs.                                     Case No. 0:20-cv-62215-RAR

FLANIGAN'S ENTERPRISES, INC., a
Florida Corporation, JOSAR
INVESTMENTS, LLC, a Florida Limited
Liability Company,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Carlos Brito, Individually, by and through his undersigned attorneys and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of **February. 2021**, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF System, which will automatically send a Notice of Electronic Filing to Attorneys for Defendant, Defendant, H. Clay Roberts, Esq., roberts@robertspa.com, and Javier A. Basnuevo, Esq., basnuevo@robertspa.com,

Roberts, P.A., 113 Almeria Avenue, Coral Gables, FL 33134.

                 Respectfully submitted,

                 **/s/John P. Fuller**
                 John P. Fuller, Esq.
                 Fuller, Fuller & Associates, P.A.
                 FL Bar No. 0276847
                 12000 Biscayne Blvd., Suite 502
                 North Miami, FL 33181
                 Telephone (305) 891-5199
                 Facsimile  (305) 893-9505
                 jpf@fullerfuller.com
                 *Attorneys for Plaintiff*