UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62215-RAR

**CARLOS BRITO**,

    Plaintiff,

v.

**FLANIGAN'S ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 27], filed on February 23, 2021, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** that the above-styled action shall remain administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **sixty (60) days** of the date of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**