UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62215-RAR

**CARLOS BRITO**,

    Plaintiff,

v.

**FLANIGAN'S ENTERPRISES, INC.**, *et al.*,

    Defendants.

_____/

### ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 29] ("Stipulation"), filed on March 22, 2021. In the Stipulation, the parties request that the Court retain jurisdiction to enforce the parties' settlement agreement. However, the parties have not filed a copy of their settlement agreement on the docket. The Court will not retain jurisdiction over a settlement agreement it has not fully seen or approved. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **March 29, 2021**, the parties shall file a renewed stipulation of dismissal that includes a copy of their settlement agreement on the public docket, or shall remove the request that the Court retain jurisdiction.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**