UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARLOS BRITO, Individually,

    Plaintiff,

vs.                                               Case No. 0:20-cv-62215-RAR

FLANIGAN'S ENTERPRISES, INC., a
Florida Corporation, JOSAR
INVESTMENTS, LLC, a Florida Limited
Liability Company,

    Defendant(s).
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| _/s/ John P. Fuller_____ | _/s/ H. Clay Roberts_____ |
| John P. Fuller, Esq. | H. Clay Roberts, Esq. |
| FL Bar No: 0276847 | FL Bar No: 262307 |
| Fuller, Fuller & Associates, P.A. | Javier A. Basnuevo, Esq. |
| 12000 Biscayne Blvd., Suite 502 | FL Bar No: 100509 |
| North Miami, FL 33181 | Roberts, P.A. |
| Telephone: (305) 891-5199 | 113 Almeria Avenue |
| Facsimile:  (305) 893-9505 | Coral Gables, FL  33134 |
| jpf@fullerfuller.com | roberts@robertspa.com |
| | basnuevo@robertspa.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Date:  3-25-21_____ | Date:  3-25-21_____ |